447 A.2d 644

Commonwealth, Appellant v. Slingluff.

Sub-

mitted May 22, 1981. John M. Dawson, Assistant District Attorney, for Commonwealth, appellant; David P. Truax, for appellee.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

The order of the lower court is hereby affirmed.